UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION
Case No.: 6:06-CV-163

| | |
|---|---|
| AMY ZIMMERMAN,      )<br>                                          )<br>     Plaintiff,              )<br>                                          )<br>v.                                        )<br>                                          )<br>HARTFORD LIFE AND ACCIDENT )<br>INSURANCE COMPANY         )<br>                                          )<br>     Defendant.             )<br>_____) | **ORDER FOR STAY** |

Upon Joint Motion of Plaintiff and Defendant, and with good cause being shown,

IT IS ORDERED, ADJUDGED AND DECREED that:

1. This action be and is hereby stayed until **June 1, 2006** to permit Hartford to complete its administrative review of Plaintiff's claim for LTD benefits;

2. Plaintiff and Hartford are stayed from taking any further action in this litigation until **June 1, 2006**;

3. On or before **June 1, 2006**, counsel for Hartford shall furnish the Court a written report advising the Court of the outcome of the administrative review;

4. If necessary, Hartford shall, within ten (10) days after issuance of its administrative review decision, serve upon Plaintiff an Answer or other response to Plaintiff's Complaint; and

5. The stay will expire and the litigation in this matter will continue upon the filing of Hartford's Answer or other response to Plaintiff's Complaint.

AND IT IS SO ORDERED.

This the 9th day of March, 2006.

                                                s/Henry M. Herlong, Jr.
                                                United States District Court Judge