IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION
Case No.: 6:06-CV-163-HMH

| | |
|---|---|
| AMY ZIMMERMAN,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY<br><br>    Defendant. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

THIS MATTER COMES BEFORE THE COURT based upon representation by Plaintiff's attorney that the matter *sub judice* has been rendered moot. In the matter *sub judice,* Plaintiff filed her Complaint on January 15, 2006. In the matter *sub judice*, Plaintiff asked the Court to declare that she is entitled to short-term disability ("STD") and long-term disability ("LTD") benefits pursuant to ERISA 29 U.S.C.S. § 1132(a)(1)(B).

Hartford has approved Plaintiff's claim for STD and LTD benefits, subject to the terms and conditions of the policy (the "Policy") issued by Hartford to fund the disability portion of the employee benefit plan (the "Plan") sponsored by Plaintiff's employer, and of which Plaintiff is a participant. Specifically, Hartford's current approval of Plaintiff's claim for disability benefits is made subject to the terms and conditions of the Policy. Therefore, for good cause shown, the court hereby dismisses the matter *sub judice* as moot pursuant to Rule 41 of the Federal Rules of Civil Procedure.

NOW, THEREFORE, it is ORDERED, ADJUDGED AND DECREED that the matter *sub judice* shall be dismissed pursuant to Fed.R.Civ.P. 41 as moot and without prejudice should additional issues arise at a later date which create a justiciable controversy.

AND, IT IS SO ORDERED.

The 30th day of May, 2006.

                            s/Henry M. Herlong, Jr., Judge
                            United States District Court

WE CONSENT:

 */s/ Robert E. Hoskins*
Robert E. Hoskins (Fed ID No. 5144)
FOSTER & FOSTER
601 E. McBee Avenue, Suite 104
Post Office Box 2123
Greenville, South Carolina   29602

*Attorneys for Plaintiff*

WE CONSENT:

 */s/ Jacquelyn D. Austin*
Sarah Day Hurley (Fed. ID No. 7267)
Jacquelyn D. Austin (Fed. ID No. 6837)
WOMBLE CARLYLE SANDRIDGE & RICE,
*A Professional Limited Liability Company*
550 South Main Street, Suite 400
P.O. Box 10208
Greenville, South Carolina 29603-0208

*Attorneys for Defendant*